**THOMAS v. N.C. DEPT. OF HUMAN RESOURCES**

[346 N.C. 268 (1997)]

SHERRY D. THOMAS, BOTH INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, PLAINTIFF v. NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, DEFENDANT, AND SECRETARY, U.S. DEPARTMENT OF AGRICULTURE, DAN GLICKMAN, INTERVENOR-DEFENDANT

No. 24A97

(Filed 6 June 1997)

Appeal by defendant North Carolina Department of Human Resources pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 124 N.C. App. 698, 478 S.E.2d 816 (1996), reversing and remanding a judgment that denied plaintiff's motion for summary judgment, granted the federal defendant's motion for judgment on the pleadings, granted the state defendant's motion to dismiss, and dismissed the complaint for failure to state a claim upon which relief can be granted, such judgment entered by Cornelius, J., on 4 October 1995 in Superior Court, Guilford County. Heard in the Supreme Court 15 May 1997.

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Jim D. Cooley, and North Carolina Justice & Community Development Center, by William D. Rowe, for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by Robert J. Blum, Special Deputy Attorney General, and Elizabeth L. Oxley, Assistant Attorney General, for defendant-appellant.*

PER CURIAM.

AFFIRMED.